WILLIAM J. NEVIN, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concur.

JOHN S. KELLNER, Appellant, v. EDWARD KENER, JR., Respondent.— Judgment affirmed, with costs. Held, 1. That the parole contract found by the trial court was void, because, *first*, no time limit was fixed; and *second*, being without consideration. 2. That there was no such recognition and performance thereunder as made it enforcible in equity. 3. That there was a failure of requisite proof to charge the defendant with holding the stock purchased by him in 1916 in trust for the benefit of the plaintiff or others, either in equity or upon the doctrine of an equitable estoppel. The finding of fact numbered 9, and the conclusion of law numbered 1, contained in the decision of the court, and the finding of fact numbered 32, contained in the defendant's requests to find, are disapproved and reversed. All concur.

ARTHUR W. OCORR, as Attorney in Fact for HOMER A. OCORR, Appellant, v. JOHN D. LYNN, as Trustee, etc., and Others, Respondents.— Judgment affirmed, with costs. All concur.

THE FRANK SHEPARD COMPANY, Respondent, v. ZACHARY P. TAYLOR, Appellant.— Interlocutory judgment affirmed, with costs. All concur.

FREDERICK RIPLEY, an Infant, by FRANK RIPLEY, His Guardian ad Litem, Respondent, v. THE GRAND TRUNK RAILWAY COMPANY OF CANADA and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

DANIEL F. STROBEL, Respondent, v. THE PRESS COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ANNA ARCHER, Respondent, v. FRATERNAL AID UNION, Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

In the Matter of the Petition of FRANK SCOTT, an Enrolled Republican Voter of the Town of Hanover, etc.— Motion for leave to appeal to Court of Appeals denied.

LUTHER W. TARBOX, as Executor, etc., Respondent, v. RICHARD H. THOMPSON and Another, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed briefs and pay to respondent's attorney ten dollars within twenty days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEMENT PACYNA, Appellant.— Motion for leave to have appeal heard upon stenographer's minutes without printing, denied.

AUTO PRODUCTS COMPANY OF DENVER, Appellant, v. W. H. ROWERDINK & SON, INC., Respondent.— Motion granted and appeal dismissed, with costs.